UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>DAVID FUNK, JR.,<br><br>                    Defendant. | Case No. 14-76-BAT<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with a crime that carries a presumption of detention.  Defendant argues he should be released because his case involves only .5 grams of heroin.  The complaint alleges otherwise.  The complaint alleges he sold .5 grams of heroin to a confidential source ("CS") and told the CS he was distributing additional amounts.  Further when law enforcement searched the property where defendant worked and lived, they found one kilogram of suspected heroin, eight ounces of suspected methamphetamine, and a sizeable amount of cash.  Defendant allegedly admitted he sold heroin on a daily basis and used methamphetamine. Defendant also

DETENTION ORDER - 1

argued he should be released because he was scheduled to start working at Boeing on Monday, March 3, 2014. The pretrial office received conflicting information about defendant's employment history and defendant presented nothing, other than his word, that established he was scheduled to work. Given the nature of the offense, its strength, the multiple loose ends that have not been tied up, issues regarding defendant's employment and where he would live if released, the Court denied defendant's request for release.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 28th day of February 2014.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2